FILED _____ ENTERED
LOGGED _____ RECEIVED
Case 1:16-mj-02254-BPG   Document 12   Filed 09/13/16   Page 1 of 1

SEP 13 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Harold T. Martin, III | ) | Case No. 16-02254-BPG |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I, Harold T. Martin, III, understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

Date: 07/SEP/16

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

James Wyda, 25298
*Printed name and bar number of defendant's attorney*
Federal Public Defender
Tower II, Suite 900
100 South Charles Street
Baltimore, Maryland 21201
*Address of defendant's attorney*

jim_wyda@fd.org
*E-mail address of defendant's attorney*

(410) 962-3962
*Telephone number of defendant's attorney*

(410) 962-0872
*FAX number of defendant's attorney*

RECEIVED IN THE OFFICE OF
BETH P. GESNER

SEP - 9 2016

UNITED STATES MAGISTRATE JUDGE