FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

SEP 13 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | MAGISTRATE NO. BPG-16-2254 |
| | * | |
| HAROLD T. MARTIN III | * | SEALED |

**************

## ORDER

This matter is before the Court on the ~~unopposed~~ motion of the United States to extend the time period in which to return an indictment in this matter, *which the defendant, through counsel, consents to,*

Having reviewed the motion, the Court finds that a period of delay to and including March 1, 2017, is warranted and thus, excludable pursuant to Title 18, United States Code, Section 3161(h). The Court finds that this period of delay is warranted and results from the fact that the defendant and the Government are engaged in pre-indictment discovery and discussions, and the Defendant *consents to* ~~does not oppose~~ the government's motion. Title 18, United States Code, Section 3161(h)(7)(A).

*For the reasons noted in/before the gov't's Motion,*
The Court also finds that the ends of justice will be served by granting this continuance outweigh the best interests of public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED, that any indictment or information in this cause be filed by March 1, 2017. It is further ordered that the period of delay to and including March 1, 2017, be excluded from the Speedy Trial Act computation.

DATE: 9-12-16

/s/ Beth P. Gesner
Hon. Beth P. Gesner
United States Magistrate Judge
District of Maryland