FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

OCT 05 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | MISC NO. BPG-16-2254 |
| | * | |
| HAROLD T. MARTIN, III, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

*******

## GOVERNMENT'S MOTION TO UNSEAL CASE

Comes now the United States of America, by and through its Attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland and Zachary A. Myers, Assistant United States Attorney for said District and hereby moves this Honorable Court for an Order unsealing the above-referenced case, including the criminal complaint and supporting affidavit, and in support thereof states:

1.     On August 29, 2016, the United States District Court for the District of Maryland issued a criminal complaint charging the Defendant with violations of 18 U.S.C. § 641 (Theft of Government Property); and 18 U.S.C. § 1924 (Unauthorized Removal and Retention of Classified Documents or Materials by Government Employee or Contractor). The same day, this Court issued an order sealing the complaint and various related documents.

2.     At his initial appearance, the Defendant consented to detention, without prejudice, and he is being held in the custody of the United States Marshal.

3.     The government submits that the reasons for sealing the case no longer exist, and requests that the Court enter an order unsealing the case, including the criminal complaint and

1

supporting affidavit.

    WHEREFORE, the United States respectfully requests that the Court issue an ORDER

fully unsealing this case, including the criminal complaint and supporting affidavit.

                  Respectfully submitted,

                  Rod J. Rosenstein
                  United States Attorney

By:                             
                  Zachary A. Myers
                  Assistant United States Attorney
                  36 South Charles Street, Fourth Floor
                  Baltimore, Maryland 21201
                  (410) 209-4800

2