IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States Of America | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. BPG-16-2254 |
| Harold T. Martin III | * | |
| **Defendant.** | * | |

### REQUEST FOR ENTRY OF APPEARANCE
### ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of **the United States**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| New York | 5 March 2001 |
| District of Columbia | 5 October 2009 |
| Rhode Island | 18 November 2011 |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

7 Oct. 2016
Date

*[signature]*
Signature

**David Aaron, NY 3949955**
Printed name and bar number

U.S. DOJ, 950 Pennsylvania Ave. NW, Washington, DC 20530
Address

**david.aaron2@usdoj.gov**
Email address

**202-307-5190**
Telephone number

_____
Fax number

---

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**